**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LEO WASHINGTON** **PLAINTIFF**

**v.** **Case No. 4:26-cv-00942-KGB**

**VANESSA FANG, *et al.*** **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Leo Washington's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken in this action is considered frivolous and not in good faith.

It is so adjudged this 16th day of September, 2026.

Kristine G. Baker
Chief United States District Judge